# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Teal Connell

**Case No.:** 10–10276–BLS

**Chapter:** 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

IT IS FURTHER ORDERED that upon failure to pay the filing fee in full by 06/1/2010 (120 days after the filing of the petition), the court may dismiss this case without further notice.

BY THE COURT

Date: 1/29/10

David D. Bird, *Clerk of Court*

(VAN–408)