# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Teal Connell  
1510 Ridge Rd  
Wilmington, DE 19809–1832  
**SSN:** xxx–xx–7585

**Chapter:** 13

**Case No.:** 10–10276–BLS

## NOTICE OF HEARING

The Debtor has filed a Motion for Modification of the Amount of an Assurance Payment.

A hearing regarding the Motion is scheduled for 3/23/10 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 . Objections are due on or before 3/15/10 .

David D. Bird  
Clerk of Court

Dated: 2/18/10

(VAN–401)