# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  **Chapter:** 13

Teal Connell
1510 Ridge Rd
Wilmington, DE 19809–1832

**SSN:** xxx–xx–7585   **Case No.:** 10–10276–BLS

### Order

The Court records indicate that the debtor has failed to comply with a previous order of the court as follows:

1. On 1/29/10, Debtor's application to pay filing fee in installments was granted.

2. The Debtor was required to pay all installment fees no later than 6/1/10.

3. The order granting Debtor's Application to Pay Filing Fees in Installments specified that upon failure to pay the final installment within 120 days after the filing of the petition, the court may dismiss this case without further notice.

4. The Debtor has failed to pay the balance of the filing fee totaling $137.00 within the time required by the Court.

**THEREFORE, IT IS ORDERED that this case is DISMISSED.**

**IT IS FURTHER ORDERED** that all unpaid fees remain due and owing as of the date of this order. The Court will not entertain a motion for reconsideration of the order of dismissal unless all unpaid fees accompany the motion. Non payment constitutes willful failure as provided under 11 U.S.C. §109(g) on the part of the debtor to abide by order of the Court thereby prejudicing the Court with respect to the debtor for not less than 180 days.

Dated: 6/2/10

Brendan Linehan Shannon
Bankruptcy Judge

(VAN–411)