# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**

Teal Connell

1510 Ridge Rd
Wilmington, DE 19809−1832

**SSN:** xxx−xx−7585

**Chapter:** 13

**Case No.:** 10−10276−BLS

### NOTICE OF HEARING

A hearing regarding Motion to Reinstate Dismissed Case is scheduled for 6/29/10 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 . Objections are due on or before 6/21/10 .

David D. Bird
Clerk of Court

Dated: 6/14/10

(VAN−401)