# Notice Recipients

District/Off: 0311−1     User: Lesa     Date Created: 6/14/2010
Case: 10−10276−BLS     Form ID: van401     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Teal Connell     1510 Ridge Rd     Wilmington, DE 19809−1832

TOTAL: 1