Hearing Date: December 20, 2010 at 2:00 P.M.
Objection Date: December 10, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
TEAL CONNELL                                   : Bk. Case No: 10-10276BLS

Debtor (s).                                    : Chapter 13

## NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor(s) case is scheduled for **Monday, December 20, 2010** at **2:00 P.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Room 309, Wilmington, Delaware.

**RESPONSES, if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington Delaware 19899-1350, on or before December 10, 2010.**

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

\S\ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: November 2, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
TEAL CONNELL                                           : Bk. Case No: 10-10276BLS

Debtor (s).                                            : Chapter 13

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

The Motion of Michael B. Joseph, Chapter 13 Trustee, respectfully represents as follows:

1. The Debtor commenced this case under Chapter 13 of the Bankruptcy Code on January 29, 2010.

2. The Debtor has failed to submit funds in accordance with the Confirmed Plan. Attached as an Exhibit is a payment history setting forth the overdue amount.

3. The failure to make timely payments constitutes a material default of the Plan.

**WHEREFORE**, Movant prays that the case be dismissed pursuant to 11 U.S.C. Section 1307(c)(6).

\S\ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: November 2, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
TEAL CONNELL	: Bk. Case No: 10-10276BLS

Debtor (s).	: Chapter 13

## **ORDER**

**AND NOW, TO-WIT,** this _____ day of _____, 201___, upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED,** that the Debtor(s) petition is hereby dismissed.

_____
United States Bankruptcy Judge

TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this 2nd day of November, 2010, I caused one copy of the within Notice of Hearing and Motion to Dismiss Chapter 13 Bankruptcy to be served by United States Mail, Postage Prepaid, to the following:

TEAL CONNELL
1510 RIDGE RD
WILMINGTON, DE  19809-1832
Debtor(s)

OWN ATTORNEY

Attorney for Debtor(s)

\S\ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

```
                          MICHAEL B. JOSEPH, ESQUIRE
                       INQUIRY ON CASE 10-10276BLS, TEAL CONNELL
--------------------------------------------------------------------------------
                                  RECEIPT DATA
--------------------------------------------------------------------------------
TOTAL RCPTS: $1120        # MO. SINCE CON  : 6      NON-COMMISSION: $0
LAST RCPT  : 07-08-10     # MO. REMAINING  : 54
RCPTS DUE  : $2115        TOTAL PLAN LENGTH: 60     RCPTS OVERDUE : $995.00
--------------------------------------------------------------------------------
                                RECEIPT SCHEDULE
## PER     AMOUNT PERIODS   ## PER     AMOUNT PERIODS
01 MO      220.00     3     02 MO      291.00     57
--------------------------------------------------------------------------------
                        RECEIPTS FOR THE LAST SIX MONTHS:
  DATE     TP DUE DATE REF NO.     AMOUNT COMMENTS
--------------------------------------------------------------------------------
05-20-10 RP 06-01-10 309332       300.00
07-08-10 RP 07-01-10 314015       300.00
--------------------------------------------------------------------------------
```