FILED
2011 JAN 24 PM 12:
CLERK
US BANKRUPTCY
DISTRICT OF

United States Bankruptcy Court for
the District of Delaware

In re: Teal Connell : Bky. No 10-10276-BLS

Debtor : Chapter 13

**Motion to Reconsider Dismissal Order**

Teal Connell, the debtor, respectfully represents:

1. This case was dismissed on motion of the chapter 13 trustee 12/20/11 for failure to make trustee payments.

2. The debtor was unable to male payments due to the arrest and imprisonment of the father of her children, who, as a result, terminated child support.

3. The debtor also was forced to help with legal fees for the children's father which impacted her budget.

4. The debtor also was unable to find suitable employment, however, has since found a job that pays well.

5. The debtor has sufficient funds to reinstate the case.

WHEREFORE, debtor requests that the court vacate the order of 12/20/10 and reinstate her case.

Teal Connell

Teal Connell. Debtor pro se

FILED
2011 JAN 24 PM 12:
CLERK
US BANKRUPTCY
DISTRICT OF

Certification of Service

I hereby certify service of the foregoing upon the following parties by regular mail this January 24th, 2011:

by email

Michael Joseph, Ch 13 Trustee

by first class mail

New Castle County/Law
Attention: Bill Weisel
87 Reads Way
New Castle, DE 19720

Pepco Holdings Inc.
Bankruptcy Division
5 Collins Drive, Suite 2133
Carneys Point, NJ 08069

Stuart B Drowos, Esq
Dep Attorney General
Delaware Div of Revenue
820 French St
Wilmington DE 19801

Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040

Teal Connell

Teal Connell, Debtor

United States Bankruptcy Court for
the District of Delaware

In re: Teal Connell : Bky. No 10-10276-BLS

Debtor : Chapter 13

**Order**

Upon application of the debtor for an order reinstating this case and it appearing that the debtor's case was dismissed for failure to make plan payments and

The debtor having shown good cause for reinstatement, it is this ,
2011,

Ordered this court's order of December 20, 2010 is hereby vacated and this case is hereby reinstated.

______________________________
Bankruptcy Judge