# UNITED STATES BANKRUPTCY COURT
# District of Delaware

**In Re:**
Teal Connell
1510 Ridge Rd
Wilmington, DE 19809−1832
**SSN:** xxx−xx−7585

**Chapter:** 13

**Case No.:** 10−10276−BLS

**NOTICE OF HEARING ON MOTION TO RECONSIDER ORDER OF DISMISSAL**

The debtor has filed a motion to reconsider the order of dismissal entered on 12/20/2010 .

A hearing on the motion will be held on 3/1/11 at 10:00 AM in the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 . Objections are due on or before 2/22/11 .

David D. Bird , Clerk of Court

Dated: 1/25/11

(VAN−019)